IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:17-CR-00338-ELR-JSA |
| | * | |
| SAMUEL AVELLANEDA-DIMAS | * | |
| And EDER DIMAS-MALDONADO, | * | |
| | * | |
| Defendants. | * | |

# ORDER

This matter is before the Court for consideration of Magistrate Judge Justin S. Anand's Report and Recommendation ("R&R") (Doc. 65) to deny Defendants' motions to suppress (Docs. 33, 34, 35, 36, and 37). In the time period allotted for the parties to object to the R&R, Defendants, by and through counsel, filed objections (Docs. 68, 69). For the following reasons, the Court **ADOPTS** the R&R and **OVERRULES** Defendants' objections.

## I. Standard of Review

The district court reviewing an R&R "shall make a *de novo* determination of those portions of the report or specified proposed finings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). If neither party objects, the

district judge need only review the R&R for clear error and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. A party objecting to an R&R "must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal quotation marks omitted.). If there are no specific objections made to factual findings made by the magistrate judge, there is no requirement that those findings be reviewed de novo. Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993). Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1)(C), and may accept the recommendation if it is not clearly erroneous or contrary to the law. Fed. R. Crim. P. 59. In accordance with 28 U.S.C. § 636(b)(1)(C), and Rule 59 of the Federal Rules of Criminal Procedure, the Court has conducted a *de novo* review of those portions of the R&R to which Defendant objects and has reviewed the remainder of the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

## II. Discussion

Defendants objections to the R&R are based on their contentions that: (1) the arresting officers did not obtain voluntary consent from Eder Dimas-Maldonado to

2

enter the apartment he shared with his cousin, who also is his co-defendant; (2) any searches within the apartment yielded fruit of the poisonous tree; and (3) even if the searches did not lead to fruit of the poisonous tree, they still were not a result of voluntary consent. Additionally, Defendant, Eder Dimas-Maldonado, objects to the finding that his statements were not custodial, and further objects that a search warrant obtained by City of Chamblee police officers was fruit of a poisonous tree.

### III. Conclusion

After conducting a *de novo* review of those portions of the R&R to which Defendant objects and reviewing the remainder of the R&R for plain error, this Court finds that the Magistrate Judge's factual and legal conclusions are correct. The Court does agree with the Magistrate Judge and defense counsel that officers certainly should have taken the basic step of retrieving written consent forms from their vehicles and furnishing them to the Defendants, but nevertheless, the Magistrate Judge's findings are correct. Accordingly the Court **OVERRULES** Defendant's Objections and **ADOPTS** the R&R as the Opinion and Order of this Court. The Court **DENIES** Defendants' motions to suppress (Docs. 33, 34, 35, 36, and 37).

Each Defendant is **directed to announce** by October 29, 2018, whether he intends to enter a plea of guilty or wishes to proceed to trial in this case.

**SO ORDERED**, this 21st day of September, 2018.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia